# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> CODY J. GLIDDEN ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 05-40132-JAR |

## MEMORANDUM AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY RELEASE

This matter is before the Court on defendant Cody J. Glidden's Motion For Early Release from Probation. (Doc. 36). The Court has thoroughly reviewed the defendant's motion and the record in this case, and for the following reasons, grants the motion.

The defendant was convicted of interstate trafficking in aid of racketeering. Defendant was sentenced on November 15, 2006 to 18 months of custody in the Bureau of Prisons, followed by a two year term of supervised release. After serving his prison sentence, the defendant began his term of supervised release on April 29, 2008. Because he did not receive a sentence of probation, his motion should more accurately be styled as a motion for early termination of his term of supervised release.

While on supervision, Mr. Glidden returned to matriculate at Kansas State University, where he has performed well. He is scheduled to graduate in December 2010. Mr. Glidden has also maintained employment while being a full time student. He has been fully compliant with

the terms of supervision. Mr. Glidden has completed substance abuse treatment; and all drug tests have been negative. His probation officer recommends that the Court grant this motion for early termination. **Mr. Glidden is commended for his redemptive and rehabilitative conduct while on supervision.**

**IT IS THEREFORE ORDERED** that the motion for early release is GRANTED.

Dated this 23rd day of December, 2009, at Topeka, Kansas.

 S/ Julie A. Robinson
JULIE A. ROBINSON
United States District Judge